# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

Josh Schexnaildre

v.

Munson Healthcare and Traverse Anesthesia Associates, P.C.

Case No. 1:21-cv-00660
Hon. Robert J. Jonker

TO: Traverse Anesthesia Associates, P.C.
ADDRESS: CSC-Lawyers Incorporating Service
2900 West Road, Suite 500
East Lansing, MI 48823

---

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within ___21___ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
David H. Fink / Fink Bressack
38500 Woodward Ave, Suite 350
Bloomfield Hills, MI 48304
(248) 971-2500

CLERK OF COURT



By: Deputy Clerk          August 03, 2021
                              Date

---

## PROOF OF SERVICE

This summons for ___Traverse Anesthesia Associates, P.C.___ was received by me on ___August 4, 2021___.
(name of individual and title, if any)                                                                (date)

☐ I personally served the summons on the individual at _____
                                                          (place where served)
on _____.
   (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                       (date)

☒ I served the summons on ___CSC Lawyers Incorporating Service___, who is designated by law to accept service
                              (name of individual)
of process on behalf of ___Traverse Anesthesia Associates P.C.___ on ___August 4, 2021 @ 12:20 pm___
                           (name of organization)                        (date)

☐ I returned the summons unexecuted because _____.

☐ Other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: ___8/4/2021___

Server's signature

Renee N. Paquette
Process Server
Server's printed name and title

2927 Glenview Ave Royal Oak MI 48073
Server's address