UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSH SCHEXNAILDRE, individually
and on behalf of all others similarly
situated,

          Plaintiff,

v

MUNSON HEALTHCARE and
TRAVERSE ANESTHESIA
ASSOCIATES, P.C.,

          Defendants.

Case No: 1:21-cv-00660

Hon. Robert J. Jonker

---

## **STIPULATED ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS BY 30 DAYS**

On July 11, 2022, this Court entered an Order Setting Deadline for Closing Documents. (ECF No. 36). The Court noted that the parties have reached a settlement, and ordered the submission of closing documents no later than August 22, 2022. *Id.* On August 25, 2022, counsel for the parties reported to the Court that they anticipated submitting a stipulated order of dismissal by September 23, 2022. On September 23, 2022, this Court entered a Stipulated Order Extending Deadline for Closing Documents by 30 Days. (ECF No. 38). In that Stipulation, counsel for the parties informed the Court that that due to the June 14, 2022 Chapter 13 filing of the Plaintiff (*In re Joshua Schexnaildre* (Bankr. W.D. Mich. Case No. B T 22-

01234)), the parties stipulated to an extension of the deadline for submission of closing documents to October 23, 2022. The parties now anticipate that the issues related to the bankruptcy will be resolved in the next few weeks. Therefore, the parties stipulate to the following Order set forth below:

Upon the stipulation of the parties, as is evidenced by the signatures of counsel below, and the Court being otherwise fully advised in the premises:

**IT IS ORDERED:**

Closing documents shall be filed no later than November 23, 2022. If the closing documents are not presented by that date, and if the parties are unable to show good cause for the delay and for retaining this case on the Court's docket, this case will be dismissed without prejudice and without costs.

Dated:  October 25, 2022

/s/ Robert J. Jonker
Hon. Robert J. Jonker

STIPULATED TO BY:

/s/ Nathan J. Fink
David H. Fink (P28235)
Nathan J. Fink (P75185)
FINK BRESSACK
38500 Woodward Avenue, Suite 350
Bloomfield Hills, MI 48304
Telephone: (248) 971-2500
dfink@finkbressack.com
nfink@finkbressack.com

 /s/ William E. Hoese (with permission)
Joseph C. Kohn
William E. Hoese
Aarthi Manohar
KOHN, SWIFT f& GRAF, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103
(215) 238-1700
jkohn@kohnswift.com
whoese@kohnswift.com
amanohar@kohnswift.com

 /s/ Randall B. Weill (with permission)
Gregory P. Hansel
Randall B. Weill
Michael S. Smith
PRETI, FLAHERTY, BELIVEAU
   & PACHIOS LLP
One City Center, P.O. Box 9546
Portland, ME  04112-9546
Telephone: (207) 791-3000
ghansel@preti.com
rweill@preti.com
msmith@preti.com

*Attorneys for Plaintiff*

/s/ Howard B. Iwrey (with permission)
Howard B. Iwrey (P39365)
39577 Woodward Avenue, Suite 300
Bloomfield Hills, Michigan 48304
(248) 203-0526
hiwrey@dykema.com

/s/ Mark J. Magyar (with permission)
Mark J. Magyar (P75090)
DYKEMA GOSSETT, PLLC
300 Ottawa Avenue NW, Suite 700
Grand Rapids, MI 49503
(616) 776-7500
mmagyar@dykema.com

*Attorneys for Defendant Munson Healthcare*

/s/ Aaron Davis (with permission)
Aaron Davis (P77406)
Fraser Trebilcock
124 W. Allegan Street, Suite 1000
Lansing, MI 48933
(517) 377-0822
adavis@fraserlawfirm.com

/s/ Robert W. Horton (with permission)
Robert W. Horton (TN 017417)
Bass, Berry & Sims
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-7708
bhorton@bassberry.com

*Attorneys for Defendant Traverse Anesthesia Associates, P.C.*