UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSH SCHEXNAILDRE, individually
and on behalf of all others similarly
situated,

      Plaintiff,

CASE NO. 1:21-cv-660

v.

HON. ROBERT J. JONKER

MUNSON HEALTHCARE, et al.,

      Defendants.
_____/

## ORDER OF DISMISSAL

On October 25, 2022, the Court granted the parties' second request for an extension of time for submission of closing documents (ECF No. 40). The deadline of November 23, 2022, has lapsed with no response and accordingly,

**IT IS ORDERED** this matter is hereby **DISMISSED** without prejudice and without costs.

Dated:  November 29, 2022        /s/ Robert J. Jonker
                                                ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE